In the Matter of the Application of THOMAS J. DORSEY, Appellant, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, as and Constituting the Board of Elections of the City of New York, Respondents.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ. [156 Misc. 792; App. Div. affd., 268 N. Y. 620.]

In the Matter of the Application of NATHAN M. PADGUG and Others, Appellants, for a Peremptory Order of Mandamus Directing the BOARD OF ELECTIONS IN THE CITY OF NEW YORK to Accept a Certain Designating Petition Filed with the Said Board of Elections for the Sixteenth Election District, First Assembly District, County of New York, and to Print the Names of Certain Designated Candidates for the Party Position of Democratic County Committee to Be Voted for in the Primary Election on September 17, 1935.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of GEORGE J. MINTZER and Others, Appellants, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections, to Restore to the Primary Ballot of the Republican Party in the Ninth Assembly District, New York County, the Names of Certain Candidates for County Committeemen, and to Consider and Determine the Petitions Affecting Such Candidates and Districts as Valid. MORTON BAUM and Others, Committee to Fill Vacancies.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM J. PEIPER, JR., Appellant, for an Order Directing S. HOWARD COHEN and Others, Constituting the Board of Elections, etc., to Restore to the Primary Ballot of the Republican Party in the Ninth Assembly District, New York County, the Names of Candidates for County Committeemen from the Twenty-sixth Election District, Ninth Assembly District, New York County, and to Consider and Determine the Petitions Affecting Such Candidates and District as Valid. MORTON BAUM and Others, Committee to Fill Vacancies, Respondents.— Order affirmed, without costs, and leave to appeal to the Court of Appeals granted. No opinion. Present — Martin, P. J., O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of LESTER BAUM, Respondent, for an Order Directing S. HOWARD COHEN and Others, etc., to Remove from the Republican Primary Ballot in the Ninth Assembly District of the County of New York the Names of Certain Candidates for County Committee, Delegates and Alternate Delegates to the Judicial Convention, and Alderman. GEORGE Z. MEDALIE and Others, Committee to Fill Vacancies on Said Designating Petition, Appellants.— Order affirmed, without costs, and leave to appeal to the Court of